**Order entered November 14, 2013**



In The

# Court of Appeals
# Fifth District of Texas at Dallas

No. 05-12-00151-CR
No. 05-12-00152-CR

**JAMES RANDOLPH BELL, Appellant**

**V.**

**THE STATE OF TEXAS, Appellee**

**On Appeal from the Criminal District Court No. 1
Dallas County, Texas
Trial Court Cause Nos. F11-70232-H, F11-70233-H**

## ORDER

Before the Court are appellant's Objection to Supplemental Clerk's Record filed on June 19, 2013, and Objection to Second Supplemental Clerk's Record filed on October 28, 2013. We **OVERRULE** the objections.

/s/    JIM MOSELEY
JUSTICE